In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY.

In the Matter of NATHAN LIFSHUTZ et al., Appellants; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of BOND AND MORTGAGE GUARANTEE COMPANY, et al., Respondents.

Argued June 2, 1939; decided June 21, 1939.

*Nathan D. Shapiro* and *William F. Beeler* for appellants.

*Irving H. Jurow, Edward F. Keenan* and *J. Donald Whelehan* for Superintendent of Insurance, as liquidator, respondent.

*Arthur Rosenberg, Michael F. Dee, Louis Glickhouse* and *Maurice Finkelstein* for Mortgage Commission, respondent.

Order affirmed, with costs. Question certified not answered as the order is final. No opinion.

Concur: LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J., and O'BRIEN, J.